**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ELVIN TALLY,

       Plaintiff,

v.                                             No. CV 20-409 WJ/CG

ANDREW SAUL, Commissioner
Of the Social Security Administration,

       Defendant.

## ORDER GRANTING SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE ADMINISTRATIVE RECORD

**THIS MATTER** is before the Court on Defendant Commissioner Andrew Saul's

*Second Unopposed Motion for Extension of Time to File the Electronic Certified*

*Administrative Record and Answer to Plaintiff's Complaint* (the "Motion"), (Doc. 14), filed

January 8, 2021. The Court, having reviewed the Motion and noting it is unopposed,

finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall have until **March 9, 2021**, to

file the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE