IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELVIN TALLY,

       Plaintiff,

v.                                                                                No. CV 20-409 WJ/CG

ANDREW SAUL, Commissioner
Of the Social Security Administration,

       Defendant.

### ORDER GRANTING THIRD UNOPPOSED MOTION TO EXTEND TIME TO FILE ADMINISTRATIVE RECORD

**THIS MATTER** is before the Court on Defendant Commissioner Andrew Saul's *Amended Motion for Extension of Time to File Answer* (the "Motion"), (Doc. 21), filed March 11, 2021. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Commissioner shall have until **March 10, 2021**, to file the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint.

**IT IS FURTHER ORDERED** that the Commissioner's *Motion for Extension of Time to File Answer*, (Doc. 20), filed March 10, 2021, is **DENIED** as **MOOT**.

**IT IS SO ORDERED**.

                                                                     THE HONORABLE CARMEN E. GARZA
                                                                     CHIEF UNITED STATES MAGISTRATE JUDGE