IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELVIN TALLY,

       Plaintiff,

v.                                                              No. CV 20-409 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

       Defendant.

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND REPLY BRIEFING DEADLINE

**THIS MATTER** is before the Court on Plaintiff Elvin Tally's *Unopposed Motion to Extend Reply Briefing Deadline* (the "Motion"), (Doc. 30), filed July 26, 2021. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Mr. Tally shall file his Reply by **July 27, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.